THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 South Carolina
 Department of Labor, Licensing, and Regulation, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Michael A.
 Paulin, Appellant.
 
 
 
 
 

Appeal From Administrative Law Court
John D. Geathers, Administrative Law
Judge

Unpublished Opinion No. 2010-UP-091
 Submitted February 1, 2010  Filed
February 3, 2010    

AFFIRMED

 
 
 
 Michael A. Paulin, pro se, for Appellant.
 Sheridon Hunter Spoon, of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Michael A. Paulin appeals the
 Administrative Law Court's order affirming the State Board of Accountancy's
 order revoking his certified public accountant's license.  He argues the Board
 lacked subject matter jurisdiction.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following
 authority:  S.C. Code Ann. § 40-1-115 (2001) ("A board has jurisdiction
 over the actions committed or omitted by current and former licensees during
 the entire period of licensure. The board has jurisdiction to act on any matter
 which arises during the practice authorization period.").
AFFIRMED.
HUFF, THOMAS, and
 KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.